■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR PEREIRA-ORLANDO, Appellant. [30 NYS3d 855]—Judgment, Supreme Court, Bronx County (George Villegas, J.), rendered

October 1, 2014, convicting defendant, upon a plea of guilty, of aggravated driving while intoxicated, in violation of Vehicle and Traffic Law section 1192 (2-a) (b), and sentencing him to a term of probation of five years and imposing a fine of $1,000, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal (*see People v Powell*, 134 AD3d 647 [1st Dept 2015]), we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Moskowitz, Manzanet-Daniels and Gesmer, JJ.